1  David Newman (Bar No. 246351)
   david@tilg.us
2  Richard A. De Liberty (Bar No. 203754)
   richard@tilg.us
3  John Rosenthal (Bar No. 206126)
   john@tilg.us
4  THE INTERNET LAW GROUP
   9100 Wilshire Boulevard, Suite 725E
5  Beverly Hills, CA 90212
   Tel. (310) 910-1496

6  James M. Lennon (*pro hac vice*)
   jlennon@devlinlawfirm.com
7  Andrew DeMarco (*pro hac vice*)
   ademarco@devlinlawfirm.com
8  DEVLIN LAW FIRM LLC
   1526 Gilpin Avenue
9  Wilmington, DE 19806
   Telephone:  (302) 449-9010
10 Facsimile:  (302) 353-4251

11 *Attorneys for Plaintiffs Mitsubishi Electric*
12 *Corporation and Sisvel International S.A.*

13
                   UNITED STATES DISTRICT COURT
14
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
15

16 MITSUBISHI ELECTRIC
   CORPORATION and SISVEL          **C.A. No. 8:22-cv-1073-GW-DFM**
17 INTERNATIONAL S.A.,
                                    **Hon. Douglas F. McCormick**
18
                   Plaintiffs,
19
20         v.                       **ORDER GRANTING**
                                    **STIPULATED PROTECTIVE**
21 TCL COMMUNICATION                **ORDER**
   TECHNOLOGY HOLDINGS LIMITED,
22
   TCT MOBILE INTERNATIONAL
23 LIMITED, TCT MOBILE, INC., TCT
   MOBILE (US) INC., and TCT MOBILE
24 (US) HOLDINGS INC.,
25
                   Defendants.
26
27
28
                              Page 1

1    Based upon the agreement of the parties, and finding that good cause exists,

2    IT IS HEREBY ORDERED pursuant to Rule 26(c) of the Federal Rules of Civil

3    Procedure that parties' Stipulated Protective Order is GRANTED.

4

5    DATED:   November 22, 2022

6    _____

     Hon. Douglas F. McCormick

7    United States Magistrate Judg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          C.A. No. 8:22-cv-1073-GW-DFM
                                          PROTECTIVE ORDER