# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION and SISVEL INTERNATIONAL S.A., <br><br> *Plaintiffs,* <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., and TCT MOBILE (US) HOLDINGS INC., <br><br> *Defendants.* | Case No. SACV 22-1073-GW-DFMx <br><br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

[PROPOSED] ORDER

On this date, the Court considered the Parties' Stipulation of Dismissal, and finding good cause shown therein, the Court hereby orders that the relief sought by the Stipulation is GRANTED..

Therefore, **IT IS HEREBY ORDERED** that all of Plaintiffs' claims in the above-captioned action are dismissed with prejudice, with each Party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

**SO ORDERED.**

Dated: September 12, 2024

_____
HON. GEORGE H. WU,
United States District Judge